ACCEPTED
01-14-00973-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:42:39 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00973-CV

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/10/2015 3:42:39 AM

CHRISTOPHER A. PRINE
Clerk

PETER D. TRAN, NAM VAN NGUYEN, and TUYEN NGOC BUI,
on behalf of the VIETNAMESE COMMUNITY OF
HOUSTON & VICINITY, INC.
Plaintiffs-Appellants
v.

ALOYSIUS DUY-HUNG HOANG, CAVATINA TRUONG,
SKYBIRD NGUYEN and TERESA NGOC-BICH HOANG,
Defendants-Appellees

On appeal from the 334th Judicial District Court
of Harris County, Texas

APPELLEES' MOTION TO EXTEND TIME
TO FILE APPELLANTS' BRIEF

Appellees Aloysius Duy-Hung Hoang, Cavatina Truong, Skybird Nguyen and Teresa Ngoc-Bich Hoang moves this Court for an extension of time to file Appellees' Brief and would show this Court as follows:

Appellees file this motion pursuant to Tex. R. App. P. 10.5(b). The deadline for filing Appellant's Brief is Wednesday, June 10, 2015. Appellees seek a 30-day extension of the deadline, making July 10, 2015 the new deadline.

Appellees' counsel lost his office to a Buffalo Bayou flood on May 26, 2015 and needs additional time to move into a new office, get organized, and draft Appellees' Brief. Appellees have not previously sought an extension for the briefing deadline.

WHEREFORE, appellees Aloysius Duy-Hung Hoang, Cavatina Truong, Skybird Nguyen and Teresa Ngoc-Bich Hoang move and respectfully pray that the deadline for filing Appellees' Brief be extended until July 10, 2015.

LAW OFFICE OF BRENT C. PERRY

By _____

Brent C. Perry
State Bar No. 15799650
800 Commerce Street
Houston, Texas 770002
(713) 334-6628
(713) 237-0415 (Facsimile)
brentperry@brentperrylaw.com

Attorney for Appellees

## Certificate of Conference

As required by Tex. R. App. P. 10.1(a)(5), I certify that I conferred with Allan Cease, counsel for appellants, and he stated that appellants do not oppose this motion.

_____
Brent C. Perry

## <u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel of record by the manner indicated in accordance with Tex. R. App. P. 9.5(e), on June 10, 2015.

**BY ELECTRONIC SERVICE**
Allen A. Cease
56 Sugar Creek Center Blvd., Suite 300
Sugar Land, TX 77478

_____
Brent C. Perry